UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID D. SCHRAUBEN,

        Plaintiff,                        Case No. 1:11-CV-801

v.                                           Hon. Robert J. Jonker

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.
_____/

### ORDER APPROVING REPORT AND RECOMMENDATION

        The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on August 3, 2012. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

        **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed August 3, 2012 (docket # 24), is approved and adopted as the opinion of the Court.

        **IT IS SO ORDERED.**

                                                            /s/ Robert J. Jonker
                                                            ROBERT J. JONKER
                                                      UNITED STATES DISTRICT JUDGE

Dated: August 30, 2012